IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MAXWELL CHIBUEZE EZENWA | § | |
| VS. | § | CIVIL ACTION NO. 1:24cv129 |
| FEDERAL BUR. OF PRISONS, ET AL. | § | |

**ORDER OVERRULING OBJECTIONS AND ADOPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Maxwell Chibueze Ezenwa, proceeding *pro se*, filed the above-styled civil rights lawsuit.  The Court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable orders of this Court.  The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings.  Plaintiff filed objections to the Report and Recommendation.  The Court must therefore conduct a *de novo* review of the objections in relation to the pleadings and the applicable law.

The Magistrate Judge's recommendation was based on plaintiff's failure to comply with an order directing him to pay an initial partial filing fee.  Plaintiff had been granted an extension of time to comply with the order.  In his objections, plantiff asserts his claims are meritorious and that he should be allowed to amend his complaint.  However, plantiff makes no reference to the basis for the Magistrate Judge's recommendation–his failure to comply with a court order.  There is no indication plaintiff intends to comply with the court's order.  His objections are therefore without merit.

ORDER

Accordingly, Plaintiff's objections [Dkt. 15] are OVERRULED.  The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge [Dkt.

14] is ACCEPTED.  A final judgment shall be entered dismissing this lawsuit.

**SIGNED this 2nd day of March, 2026.**

_____
Michael J. Truncale
United States District Judge